1

E. L. SMART, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 3, 1925.) No. 6928. In Error to the District Court of the United States for the Eastern District of Oklahoma. Frans E. Lindquist, of Kansas City, Mo., for plaintiff in error. Frank Lee, U. S. Atty., and W. F. Rampendahl, Asst. U. S. Atty., both of Muskogee, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of plaintiff in error.

2

Mary SPALLO, Appellant, v. Joseph M. JONES, Trustee, etc. (Circuit Court of Appeals, Eighth Circuit. May 4, 1925.) No. 7036. Appeal from the District Court of the United States for the Western District of Missouri. Lathrop, Morrow, Fox & Moore, of Kansas City, Mo., for appellant. Arthur Miller and Frank P. Barker, both of Kansas City, Mo., for appellee.

PER CURIAM. Appeal docketed and dismissed, with costs, on motion of appellee, under rule 16.

3

Tom STANFORD, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 5, 1925.) No. 7037. In Error to the District Court of the United States for the Western District of Oklahoma. W. L. Coffey, of Tulsa, Okl., for plaintiff in error. James A. Ingraham, Asst. U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

4

M. N. STARK, Appellant, v. WEST LINE ROCK COMPANY. (Circuit Court of Appeals, Eighth Circuit. June 17, 1925.) No. 7082. Appeal from the District Court of the United States for the Western District of Missouri. Sebree, Jost & Sebree, of Kansas City, Mo., for appellant. Daniel T. Johnson, of Kansas City, Mo., for appellee.

PER CURIAM. Appeal docketed and dismissed, with costs, on motion of appellee, under rule 16.

5

STEEL & IRON CORPORATION, a Corporation, and Bardach Iron & Steel Company, Incorporated, a Corporation, Appellants, v. PENDLETON BROS., Incorporated, a Corporation, Appellee. (Circuit Court of Appeals, Fourth Circuit. September 1, 1925.) No. 2386. Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk. Gerould M. Rumble and Bruce Lowenberg, both of Norfolk, Va., for appellants. Barron F. Black and Hughes, Vandeventer & Eggleston, all of Norfolk, Va., for appellee.

PER CURIAM. Cause dismissed, at cost of appellants, under rule 20, in accordance with agreement of counsel.

6

R. B. SWINK v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. June 10, 1925.) No. 4327. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. T. A. Lancaster, of Lexington, Tenn., and C. W. Hewgley, of Jackson, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Judgment of the District Court affirmed.

7

Galen L. TAIT, Collector of Internal Revenue for the District of Maryland, Plaintiff in Error, v. COMMERCIAL CREDIT COMPANY, Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. October 22, 1925.) No. 2363. In Error to the District Court of the United States for the District of Maryland, at Baltimore; Morris A. Soper, Judge. A. W. W. Woodcock, U. S. Atty., of Baltimore, Md., and Charles T. Hendler, Sp. Atty. Internal Revenue, of Washington, D. C. (A. W. Gregg, Solicitor of Internal Revenue, of Washington D. C., on the brief), for plaintiff in error. M. H. Lauchheimer, of Baltimore, Md. (Slyvan Hayes Lauchheimer, of Baltimore, Md., on the brief), for defendant in error. Before WOODS, WADDILL, and ROSE, Circuit Judges.

PER CURIAM. Affirmed upon the opinion below 2 F.(2d) 862.

Judge WOODS, before his death, concurred that this case should be affirmed.